IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION 6:20-cv-00892-ADA |
| v. | § § § | PATENT CASE |
| HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA INC., | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF THE FILING OF A
PETITION FOR INTER-PARTES REVIEW**

Pursuant to the Court's Published Standard Order Governing Proceedings – Patent Case ("Order Governing Proceedings, version 3.3"),[1] namely General Issue No. 4, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby provides notice that Defendants Huawei Technologies Co., Ltd and Huawei Technologies USA Inc. filed a petition requesting inter-partes review of the patent in-suit, U.S. Patent No. 7,460,658, on April 6, 2021. *See* IPR2021-00691, attached as Exhibit A. The PTAB has not yet issued a Notice of Filing Date Accorded. The following represents the expected schedule of the IPR proceeding if such a notice were issued today.

| | |
|---|---|
| April 20, 2021 | PTAB issues a Notice of Filing Date Accorded |
| October 20, 2021 | PTAB decision on institution expected |
| October 20, 2022 | If PTAB trial instituted, then PTAB final written decision expected |

---

[1] *See* https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Order%20Governing%20Proceedings%20-%20Patent%20Cases%20022321.pdf

Dated: April 20, 2021                    Respectfully submitted,

                              By:    /s/ Ryan Loveless
                                     James L. Etheridge
                                     Texas Bar No. 24059147
                                     Ryan S. Loveless
                                     Texas Bar No. 24036997
                                     Brett A. Mangrum
                                     Texas Bar No. 24065671
                                     Travis L. Richins
                                     Texas Bar No. 24061296
                                     Jeffrey Huang
                                     Brian M. Koide
                                     Etheridge Law Group, PLLC
                                     2600 E. Southlake Blvd., Suite 120 / 324
                                     Southlake, TX 76092
                                     Tel.: (817) 470-7249
                                     Fax: (817) 887-5950
                                     Jim@EtheridgeLaw.com
                                     Ryan@EtheridgeLaw.com
                                     Brett@EtheridgeLaw.com
                                     Travis@EtheridgeLaw.com
                                     Jhuang@EtheridgeLaw.com
                                     Brian@EtheridgeLaw.com

                                     Mark D. Siegmund
                                     State Bar No. 24117055
                                     mark@waltfairpllc.com
                                     Law Firm of Walt, Fair PLLC.
                                     1508 North Valley Mills Drive
                                     Waco, Texas 76710
                                     Telephone: (254) 772-6400
                                     Facsimile: (254) 772-6432

                                     *Counsel for Plaintiff WSOU Investments, LLC*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically

via the U.S. District Court [LIVE]-Document Filing System to all counsel of record on April 20,

2021.

                                     /s/ Ryan Loveless
                                     Ryan S. Loveless