# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS LLC § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00892-ADA |
| § | |
| HUAWEI TECHNOLOGIES CO., LTD., § | |
| HUAWEI TECHNOLOGIES USA INC., | |
| HUAWEI TECHNOLOGIES USA INC., | |
| HUAWEI TECHNOLOGIES CO., LTD., | |
| WSOU INVESTMENTS LLC | |

## ORDER RESETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MOTION HEARING** by Zoom on **Wednesday, August 04, 2021 at 02:30 PM**.

IT IS SO ORDERED this 4th day of August, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE