# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, | § § § | CIVIL ACTION 6:20-cv-00889-ADA CIVIL ACTION 6:20-cv-00891-ADA |
| *Plaintiff*, | § § § | CIVIL ACTION 6:20-cv-00892-ADA CIVIL ACTION 6:20-cv-00893-ADA CIVIL ACTION 6:20-cv-00916-ADA |
| v. | § § § | CIVIL ACTION 6:20-cv-00917-ADA |
| HUAWEI TECHNOLOGIES CO., LTD. and HUAWEI TECHNOLOGIES USA INC., *Defendants*. | § § § § | |

**[PROPOSED] ORDER**

Before the Court was WSOU Investments, LLC's request for firm trial dates in the above referenced cases. After a hearing on the issue, the Court GRANTS WSOU's request and provides the following trial dates:

1. A trial date of June 27, 2022 is provided for case numbers 6-20-cv-00889 and 6-20-cv-00891.

2. A trial date of May 23, 2022 is provided for case numbers 6-20-cv-00892, 6-20-cv-00893, 6-20-cv-00916, and 6-20-cv-00917.

ORDERED this _____ day of ____, 2021.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**