# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a, BRAZOS LICENSING AND DEVELOPMENT § § § § | |
| Plaintiff, § | CIVIL ACTION 6:20-cv-00892-ADA |
| v. § | |
| § | JURY TRIAL DEMANDED |
| HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA INC., § § § § | |
| Defendants. § | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development and defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc. hereby stipulate that all claims and counterclaims in this action are hereby dismissed with prejudice. The parties agree that each party shall bear its own costs, expenses, and attorneys' fees.

Dated: October 21, 2021

Respectfully submitted,

/s/ James L. Etheridge

/s/ Jason W. Cook

| | |
|---|---|
| James L. Etheridge<br>Texas Bar No. 24059147<br>Ryan S. Loveless<br>Texas Bar No. 24036997<br>Brett A. Mangrum<br>Texas Bar No. 24065671<br>Travis L. Richins<br>Texas Bar No. 24061296<br>Jeffrey Huang<br>Brian M. Koide<br>Nathan K. Cummings<br>Etheridge Law Group, PLLC<br>2600 E. Southlake Blvd., Suite 120 / 324<br>Southlake, TX 76092<br>Tel.: (817) 470-7249<br>Fax: (817) 887-5950<br>Jim@EtheridgeLaw.com<br>Ryan@EtheridgeLaw.com<br>Brett@EtheridgeLaw.com<br>Travis@EtheridgeLaw.com<br>Jhuang@EtheridgeLaw.com<br>Brian@EtheridgeLaw.com<br>Nathan@EtheridgeLaw.com<br><br>Mark D. Siegmund<br>State Bar No. 24117055<br>mark@waltfairpllc.com<br>Law Firm of Walt, Fair PLLC.<br>1508 North Valley Mills Drive<br>Waco, Texas 76710<br>Telephone: (254) 772-6400<br>Facsimile: (254) 772-6432<br><br>*Counsel for Plaintiff WSOU Investments, LLC* | Jason W. Cook<br>Texas Bar No. 24028537 Shaun W. Hassett<br>Texas Bar No. 24074372<br>**MCGUIREWOODS LLP**<br>2000 McKinney Avenue, Suite 1400<br>Dallas, TX 75201<br>Telephone: (214) 932-6400<br>jcook@mcguirewoods.com<br>shassett@mcguirewoods.com<br><br>Tyler T. VanHoutan<br>Texas Bar No. 24033290<br>**MCGUIREWOODS LLP**<br>600 Travis St., Suite 7500<br>Houston, TX 77002<br>Telephone: (713) 571-9191<br>tvanhoutan@mcguirewoods.com<br><br>J. Mark Mann<br>Texas Bar No. 12926150<br>G. Blake Thompson Texas Bar No. 24042033<br>**MANN \| TINDEL \| THOMPSON**<br>300 West Main Street Henderson, Texas 75652<br>Telephone: (903) 657-8540<br>mark@themannfirm.com<br>blake@themannfirm.com<br><br>*Counsel for Defendants Huawei Technologies Co., Ltd., Huawei Technologies USA, Inc., Huawei Device Co. Ltd. (f/k/a Huawei Device (Dongguan) Co.), Huawei Device (Shenzhen) Co., Ltd. (f/k/a Huawei Device Co. Ltd.) and Huawei Device USA* |

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via the U.S. District Court CM/ECF Document Filing System to all counsel of record on October 21, 2021.

*/s/ James L. Etheridge*
James L. Etheridge
